THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM T. ERWIN,

Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.